IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANET GRAY and PAUL GRAY,
Individually and as assignees of
McCORMICK INTERNATIONAL, INC.
etc., et al,

                                    CASE NO.: 8:11-CV-497-T-30 TGW

      Plaintiffs,

vs.

ACE AMERICAN INSURANCE COMPANY,

      Defendant.
_____/

## MEDIATION REPORT

    A mediation conference was held on the 21st day of February, 2012, and the results of that conference are indicated below:

    (a)    The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    ___✓___    All individual parties and their respective trial counsel.

    _____    Designated corporate representatives.

    _____    Required claims professionals.

    (b)    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

_____

_____

(c)     The outcome of the mediation conference was:

_____  The case was completely settled.  In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

_____  The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days.  The following issues remain for this Court to resolve:

_____

_____

_____

_____

_____  The conference was continued with the consent of all parties and counsel.

_____  The parties have reached an impasse.

Dated this 23rd day of February, 2012.

Terrence M. White, Mediator
Upchurch Watson White & Max
125 South Palmetto Avenue
Daytona Beach, Florida 32114
386-253-1560